**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Beckley Division**

**RANDALL KEENER, on behalf of himself and
all others similarly situated,**

      **Plaintiff,**

**v.**                            **Civil Action No. 5:20-cv-00106
Hon. Frank W. Volk**

**SECOND ROUND SUB, LLC,**

      **Defendant.**

<u>**NOTICE OF SETTLEMENT**</u>

Defendant Second Round Sub, LLC ("Second Round") gives notice that the parties have reached a settlement of all claims and issues in this civil action and are in the process of jointly preparing the settlement documents. Second Round anticipates the parties should be in a position to finalize those documents and submit a proposed Stipulation and Order of Dismissal with Prejudice to the Court within the next two weeks.

          Respectfully submitted,

          **SECOND ROUND SUB, LLC**

          <u>*/s/ Katherine M. Saldanha Olson*</u>
          Katherine M. Saldanha Olson
          Messer Strickler, Ltd.
          225 W. Washington St., Ste. 575
          Chicago, IL 60606
          (312) 334-3444; (312) 334-3473 (facsimile)
          kolson@messerstrickler.com
          ***Pro Hac Vice Attorney for Defendant***

          <u>*/s/ Nicholas P. Mooney II*</u>
          Nicholas P. Mooney II (WV Bar No. 7204)
          Tai Shadrick Kluemper (WV State Bar No. 12261)
          Spilman Thomas & Battle, PLLC
          PO Box 273

Charleston, WV  25321
304.340.3800; 304.340.3801 (*facsimile*)
nmooney@spilmanlaw.com
tkluemper@spilmanlaw.com
***Attorneys for Defendant***

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Beckley Division**

**RANDALL KEENER, on behalf of himself and
all others similarly situated,**

      **Plaintiff,**

**v.**                                      **Civil Action No. 5:20-cv-00106**
                                                         **Hon. Frank W. Volk**

**SECOND ROUND SUB, LLC,**

      **Defendant.**

## CERTIFICATE OF SERVICE

      I, Nicholas P. Mooney II, hereby certify that on October 30, 2020, I electronically filed the foregoing **Notice of Settlement** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record for Plaintiff:

Steven R. Broadwater, Jr., Esq.
Hamilton Burgess Young & Pollard
P.O. Box 959
Fayetteville, WV 25840-0959
sbroadwater@hamiltonburgess.com

Jonathan R. Marshall, Esq.
Victor S. Woods, Esq.
Bailey & Glasser
209 Capital Street
Charleston, WV 25301-1386
jmarshall@baileyglasser.com
vwoods@baileyglasser.com

Patricia M. Kipnis
Bailey & Glasser
923 Haddonfield Rd., Ste. 300
Cherry Hill, NJ 08002
pkipnis@baileyglasser.com

*/s/ Nicholas P. Mooney II*
Nicholas P. Mooney II (WV Bar No. 7204)