IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

RANDALL KEENER, on behalf of himself
and all others similarly situated,                          PLAINTIFF

v.                                                          CIVIL ACTION NO. 5:20-cv-00106
                                                            *Judge Frank W. Volk*

SECOND ROUND SUB, LLC,                                      DEFENDANT

## AGREED ORDER OF DISMISSAL

This day came the Plaintiff, Randall Keener, by and through his counsel, Steven R. Broadwater, Jr., and the Defendant, Second Round Sub, LLC, by its counsel, Katherine M. Saldanha Olson, and stated that all matters in controversy herein have been compromised, settled and agreed, and moved the Court to dismiss this action with prejudice against said Defendant.

Accordingly, it is the **ORDER** and **JUDGMENT** of the Court that this civil action be dismissed with prejudice and stricken from the docket, and all parties shall be responsible for their own costs and fees.

It is further **ORDERED** that the Clerk of this Court mail a certified copy of this Order to counsel of record.

**ENTERED** this the __17th__ day of __November__, 20 __20__.

_____
**FRANK W. VOLK,** ~~CIRCUIT JUDGE~~
**UNITED STATES DISTRICT JUDGE**

**PREPARED BY:**

/s/ Steven R. Broadwater, Jr.
Steven R. Broadwater, Jr. *(WV Bar 11355)*
Hamilton, Burgess, Young & Pollard, pllc
P. O. Box 959
Fayetteville, WV  25840
Counsel for Plaintiff

**APPROVED BY:**

/s/ Katherine M. Saldanha Olson
Katherine M. Saldanha Olson
Messer Stickler, Ltd.
225 W. Washington Street, Suite 757
Chicago, IL 60606
*Pro Hace Vice* for Defendant

/s/ Nicholas P. Mooney II
Nicholas P. Mooney II *(WV Bar 7204)*
Tai Shadrick Kluemper *(WV Bar 12261)*
Spilman Thomas & Battle, PLLC
P. O. Box 273
Charleston, WV 25321
Counsel for Defendant